AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No:  CR 98-208-HA ◄ *io* |
| Dana Hodge | ) | USM No: 63178-065 |
| | ) | |
| Date of Original Judgment:          11/21/2001 | ) | |
| Date of Previous Amended Judgment: _____ | ) | Susan Russell |
| *(Use Date of Last Amended Judgment if Any)* | ) | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of     168                   months **is reduced to**   135 months                      .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated     11/21/2001     shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  11-2-11                          *[signature]*
                                        *Judge's Signature*

Effective Date: _____          Sr. United States District Judge Ancer Haggerty
        *(if different from order date)*          *Printed name and title*